UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELIANA RASPINO, | : | |
| | : | CIVIL ACTION NO. 08-262 (MLC) |
| Petitioner, | : | |
| | : | **ORDER AND JUDGMENT** |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

A Motion for relief under 28 U.S.C. § 2255 ("Petition") challenging petitioner's sentence of conviction having been filed on January 15, 2008; and the Court having appointed counsel for petitioner (dkt. entry 2); and Court having reviewed the record of the underlying criminal action and having considered the arguments of the parties as set forth in their briefs; and the Court having found in favor of petitioner for the reasons set forth on the record on this date; and good cause appearing,

**IT IS** on this 9th day of May, 2008,

**ORDERED AND ADJUDGED** that the motion under 28 U.S.C. § 2255 is hereby **GRANTED**, and the Court will issue a corrected judgment of conviction in the underlying case bearing Criminal Action No. 06-646-02.

                                            s/
                                        **MARY L. COOPER**
                                        United States District Judge